United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          Chapter 13
PAUL A   WARREN

Debtor(s)                                       Bankruptcy No.   0916107

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of                  , 200_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that   MICHAEL WILLIAM GALLAGHER                counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

MICHAEL WILLIAM GALLAGHER
628 GERMANTOWN PIKE

LAFAYETT HILL   PA   19444


Debtor(s)

PAUL A   WARREN


9223 EAGLE VIEW DRIVE
LAFAYETTE HILL   PA   19444